IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:17-CR-512 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER YOUNG, | ) | <u>GOVERNMENT'S NOTICE OF PRIOR</u> |
| | ) | <u>CONVICTION ENHANCEMENT</u> |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, Justine E. Herdman, United States Attorney, and Patrick P. Burke, Assistant United States Attorney, and pursuant to Title 21, Sections 841(b)(1)(B) and 851, United States Code, hereby gives notice that if an adjudication of guilt is entered against the defendant, CHRISTOPHER YOUNG, in Count 1 of the indictment returned in the above-captioned case, that the United States will rely upon the previous felony drug offense convictions of CHRISTOPHER YOUNG for the purpose of invoking the increased sentencing provisions of Title 21, Section 841(b), United States Code. The previous felony drug offense convictions upon which the United States will rely are:

Trafficking Offense, in Case Number CR-12-559088-C, in the Cuyahoga County Court of Common Pleas on or about May 21, 2012;  Drug Possession, in Case Number CR-15-600802-A, in the Cuyahoga County Court of Common Pleas on or about February 29, 2016.

The United States alleges that the defendant has been convicted of at least one prior felony drug offense.  The penalty enhancement provisions of Title 21, Section 841(b)(1)(B), United States Code, require, among other things, the defendant shall be sentenced to a term of imprisonment which may not be less than 10 years and not more than life if the defendant has been convicted of at least one prior felony drug offense in Count 1.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:   s/Patrick P. Burke
Patrick P. Burke (OH: 0082609)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3689
(216) 522-7499 (facsimile)
Patrick.Burke@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 6, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                         s/Patrick P. Burke  
                                         Patrick P. Burke  
                                         Assistant U.S. Attorney